In the Matter of the Application of EUGENE P. O'ROURKE, Appellant, for a Writ of Mandamus against THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*Matter of O'Rourke* v. *Bingham,* 113 App. Div. 919, affirmed.
(Submitted October 2, 1906; decided October 16, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 16, 1906, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to grade the petitioner in the police department of the city of New York as of certain grades on certain dates, and to make the necessary warrant and payroll so as to enable his recovery of back pay.

*R. Percy Chittenden* for appellant.

*John J. Delany, Corporation Counsel (James D. Bell* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.